Name: Gregory Smith

Address: Houseless

Telephone: 9077599988

RECEIVED
NOV 07 2023
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

Gregory Smith and all others similarly situated,

Plaintiff,

vs.

Municipality of Anchorage,

Defendant(s).

Case No. 3:23-cv-00257-SLG

MOTION

to/for Temporary Restraining order

I, Gregory Smit, representing myself without a lawyer, move to/for _____ under the following statute(s)/rule(s) (if known) Title 42 (1983)

for the following reason(s):

See attached

PS12 (06/09)　　　　　　　　　　　　　　　　　　Non-Prisoner Motion

[Your Name]
[Your Address]
[City, State, ZIP]
[Email Address]
[Phone Number]
[Date]

The Honorable [Judge's Full Name]
[Judge's Designation]
[United States District Court]
[District Address]
[City, State, ZIP]

Re: Motion for Request of Restraint Order

Case Name: [Plaintiff's Name] v. Municipality of Anchorage
Case Number: [Case Number]

Dear Judge [Judge's Last Name],

I, [Your Name], on behalf of the plaintiff [Plaintiff's Name], hereby submit this motion to request a restraint order against the Municipality of Anchorage, based on the deprivation of civil rights suffered by my client.

Key Points:

1. Deprivation of Civil Rights: The plaintiff has been subjected to numerous violations of their civil rights by the Municipality of Anchorage. These violations include but are not limited to [provide specific instances of civil rights violations, such as unlawful search and seizure, denial of due process, etc.].

2. Municipal Liability: The Municipality of Anchorage, as a governmental entity, can be held liable for the actions of its employees and agents under the doctrine of municipal liability. The plaintiff's civil rights were violated by individuals acting under the color of law, within the scope of their employment or authority.

3. Irreparable Harm: The plaintiff has suffered and continues to suffer irreparable harm as a result of the Municipality of Anchorage's actions. The deprivation of civil rights has caused significant emotional distress, financial burden, and reputational damage to the plaintiff.

4. Likelihood of Success on the Merits: The plaintiff has a strong likelihood of success on the merits of their civil rights claims against the Municipality of Anchorage. The evidence presented clearly demonstrates the violations committed by the municipality and the resulting harm suffered by the plaintiff.

5. Public Interest: Granting a restraint order in this case is in the public interest as it will prevent further violations of civil rights by the Municipality of Anchorage and ensure the protection of individual liberties for all residents.

Based on the aforementioned key points, I respectfully request that this honorable court issue a restraint order against the Municipality of Anchorage, enjoining them from further violating the plaintiff's civil rights and providing necessary relief to the plaintiff.

Thank you for your attention to this matter. I look forward to the court's favorable consideration of this motion.

Sincerely,

[Your Name]
[Your Title/Position]
[Your Law Firm/Organization Name]