Name: Gregory Smith
Address: Houseless
Telephone: 905 7599988


RECEIVED
NOV 07 2023
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

Gregory Smith and all others similarly situated,
Plaintiff,

vs.

Municipality of Anchorage,

Defendant(s).

Case No. 3:23-CV-00257-SLG

**MOTION**

to/for Expidited Consideration

I, Gregory Smith, representing myself without a lawyer, move to/for Expidited Consideration

under the following statute(s)/rule(s) (if known) _____

for the following reason(s): See attached

PS12 (06/09)                                    Non-Prisoner Motion

[Your Name]
[Your Address]
[City, State, ZIP]
[Email Address]
[Phone Number]
[Date]

[Judge's Name]
[Judge's Designation]
[Court's Name]
[Court's Address]
[City, State, ZIP]

Re: Motion for Expedited Consideration - Restraint Order

Dear Honorable [Judge's Name],

I hope this letter finds you in good health and high spirits. I am writing to request expedited consideration of a motion for a restraint order due to the continuous denial of civil rights. The urgency of this matter necessitates prompt action to protect the fundamental rights of the affected individuals.

I kindly request that you auto-detect the key points language and write this motion in the same detected language, as it will ensure accuracy and efficiency in addressing the critical issues at hand.

Key Points:

1. Continuous Denial of Civil Rights:
   a. The affected individuals have been subjected to persistent and deliberate violations of their civil rights.
   b. These violations have occurred on an ongoing basis, depriving the individuals of their constitutionally protected rights.
   c. The continuous denial of civil rights has caused significant harm and distress to the affected individuals.

2. Urgent Need for a Restraint Order:
   a. Given the continuous denial of civil rights, it is imperative to issue a restraint order to prevent further harm and protect the affected individuals from ongoing violations.
   b. The restraint order will serve as a temporary measure to ensure the immediate cessation of the violations and provide relief to the affected individuals.
   c. Granting a restraint order will uphold the principles of justice and safeguard the fundamental rights of the affected individuals.

3. Expedited Consideration:
   a. The urgency of this matter necessitates expedited consideration to prevent further harm and provide timely relief to the affected individuals.
   b. Delaying the consideration of this motion may result in irreparable damage to the civil rights of the affected individuals.
   c. Expedited consideration will demonstrate the court's commitment to upholding justice and protecting the rights of all individuals.

In light of the aforementioned key points, I respectfully request that this motion for a restraint order due to the continuous denial of civil rights be given expedited consideration. The auto-detected language will ensure accuracy and efficiency in addressing the critical issues at hand.

Thank you for your attention to this matter. I trust in your wisdom and commitment to justice, and I am confident that you will give due consideration to this urgent request.

Yours sincerely,

[Your Name]

_____

_____

_____

_____

_____

_____

_____

_____

## Declaration Under Penalty of Perjury

I, _____, declare under penalty of perjury, that I have reviewed the above motion, and that the information contained in this motion is true and correct.

DATED:_____, at _____, Alaska.

_____
Signature

## Certificate of Service

I certify that a copy of the above motion was served, by ☐ first class U.S. mail ☐ fax ☐ hand-delivery, to _____ at

_____   (Opposing party or counsel)

_____ on _____ .
(Address)                          (Date of mailing)

_____
Signature