Motion for Leave to File Amended Complaint Out of Time



RECEIVED

MAY 22 2024

CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

3:23-CV-00257-SLG

**IN THE UNITED STATES DISTRICT COURT FOR THE [DISTRICT]**

**GREGORY SMITH,** Plaintiff,

v.

**MUNICIPALITY OF ANCHORAGE, MICHAEL KERLE],** Defendant(s).

**Case No.:** [Case Number]

**MOTION FOR LEAVE TO FILE AMENDED COMPLAINT OUT OF TIME**

**COMES NOW,** Plaintiff, GregorySmith, pro sel, and hereby moves for leave of court to file an Amended Complaint out of time, and in support thereof states as follows:

### 1. Background

The deadline to file an Amended Complaint was May 5,2024. Unfortunately, Plaintiff was unable to meet this deadline due to unforeseen circumstances.

### 2. Excusable Neglect

Plaintiff was unable to file the Amended Complaint on time due to a positive COVID-19 test. Plaintiff took full precautions and self quarantined for two weeks. Due to these circumstances, Plaintiff was unable to focus on this litigation and meet the filing deadline. These circumstances constitute excusable neglect under Federal Rule of Civil Procedure 6(b)(1).

### 3. No Prejudice

The brief delay in filing the Amended Complaint has not caused any prejudice to Defendant(s). Plaintiff is prepared to move forward with the litigation promptly.

### 4. Merits of the Amended Complaint

. The Amended Complaint clarifies and strengthens Plaintiff's case.

### 5. Conclusion

For the foregoing reasons, Plaintiff respectfully requests that this Court grant leave to file the Amended Complaint out of time.

**WHEREFORE,** Plaintiff, Gregory Smith, respectfully requests that this Court:

1. Grant leave to file the Amended Complaint attached hereto as Exhibit A; and
2. Grant any other relief the Court deems just and proper.

**DATED:** May 14, 2024

**Respectfully submitted,**

*Gregory Smith*

**GREGORY SMITH**

**5080 MT VIEW DR,99508**

**9073060138**

**ORANGE92866@YAHOO.COM**