# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGORY SMITH,<br><br>                Plaintiff,<br>   v.<br><br>MUNICIPALITY OF ANCHORAGE, *et al.*,<br><br>                Defendants. | Case No. 3:23-cv-00257-SLG |

## **ORDER**

Before the Court at Docket 12 is Plaintiff's Motion for Leave to File Amended Complaint Out of Time. Plaintiff seeks relief under Rule 60(b)(1), asserting that because he tested positive for COVID-19. Good cause being shown, IT IS ORDERED that the motion is GRANTED.[1] The Order of Dismissal and Judgment entered in this case at Dockets 9 and 10 are VACATED, and the Clerk of Court shall reopen this file. The Court will be issuing a Screening Order pursuant to 28 U.S.C. § 1915 with respect to the Amended Complaint filed at Docket 12-1 in due course.

DATED this 10th day of June, 2024, at Anchorage, Alaska.

                                                              */s/ Sharon L. Gleason*
                                                              UNITED STATES DISTRICT JUDGE

---

[1] Cf. Rule 15b)(2), Federal Rules of Civil Procedure (providing that "[a] party may move—at any time, even after judgment—to amend the pleadings . . . ).